# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| JESUS ANDRES LOPEZ, | No. C 15-3280 LB |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | [Re: ECF No. 1] |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Jesus Andres Lopez, an inmate at the Sierra Conservation Camp in Jamestown, California, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2012 conviction and sentence from the Colusa County Superior Court. He consented to proceed before a magistrate judge. ECF No. 6. Mr. Lopez's county of incarceration (i.e., Tuolumne County) and his county of conviction (i.e., Colusa County) are located within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, with the preferable district being the district of conviction for a petition challenging a conviction. *See* 28 U.S.C. § 2241(d); N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____
LAUREL BEELER
United States Magistrate Judge

C 15-3280 LB
ORDER