UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANDRES LOPEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | No. 2:15-cv-1756-EFB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has requested that the court appoint counsel and for an extension of time to file his traverse.

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings. However, petitioner's request for an extension of time will be granted.

/////

/////

Accordingly, it hereby is ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 17 ) is denied without prejudice; and

2. Petitioner's request for an extension of time (ECF No. 18) is granted and petitioner shall file his traverse within thirty days.

Dated:  November 30, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE