1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JESUS ANDRES LOPEZ,                                          No.  2:15-cv-1756-EFB P

12

Petitioner,

13

v.                                                                          ORDER

14

PEOPLE OF THE STATE OF
CALIFORNIA,

15

16

Respondent.

17

18

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

19

U.S.C. § 2254.  Petitioner has requested a third extension of time to file his traverse and has

20

requested the court provide him with guidance on how to file a traverse.  While the court cannot

21

provide petitioner with legal advice nor are there any standard pleading forms for a traverse, his

22

request for a final extension of time is granted.

23

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 22) is granted

24

and he has 60 days from the date this order is served to file his traverse, if any.  As the filing of

25

the traverse is optional, the matter stands submitted for decision at the expiration of the sixty

26

days.

27

DATED:  January 15, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

28