UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANDRES LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. 2:15-cv-1756-KJM-EFB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 18, 2016, respondent was directed to file a response to petitioner's amended petition containing only his exhausted claims. Respondent filed an answer on May 31, 2016. On August 10, 2016, petitioner submitted a letter requesting clarification on when his traverse is due. ECF No. 32. Pursuant to the April 18th order, petitioner's traverse was due "within 30 days of service of an answer." That time has now run. Petitioner's letter is construed as a request for an extension of time and is granted.

　　　　Accordingly, petitioner has 30 days from the date this order is served to file his traverse. As the filing of the traverse is optional, the matter stands submitted for decision at the expiration of the thirty days.

Dated: August 17, 2016.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE